■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL ESTRELLA, Appellant. [732 NYS2d 860] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered January 27, 2000, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

In view of our affirmance of defendant's New York County conviction, there is no basis for reversal. Concur—Sullivan, P. J., Nardelli, Tom, Saxe and Friedman, JJ.